

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| KEVIN T. STOUSE, | § | |
| | § | |
| Plaintiff, | § | |
| v. | § | Civil Action No. 3:04-CV-1645-L |
| | § | |
| PRAXAIR, INC., | § | |
| | § | |
| Defendant. | § | |

## ORDER

Before the court is a letter dated May 6, 2005, from Defendant's attorney, Mr. Jason R. Dugas, informing the court that the parties have settled. The court realizes that the issues in this case were vigorously contested and truly appreciates the efforts by the parties in resolving this case. In light of the parties' representation, the court has suspended its review of Defendant's Motion for Summary Judgment. The parties are hereby **directed** to file the necessary dismissal papers (a stipulation of dismissal and an agreed order) with the United States District Clerk's Office by **May 23, 2005**. There appears to be no further reason at this time to maintain this case as an open file for statistical purposes, and the court determines that it should be and is hereby administratively closed. The United States District Clerk is therefore instructed to submit JS-6 form to the Administrative Office, thereby removing this case from the statistical records. Nothing in this order

Order - Page 1

shall be considered a dismissal or disposition of this case, and, should further proceedings in it become necessary or desirable, any party or the court may initiate such further proceedings in the same manner as if this order had not been entered.

**It is so ordered** this 9th day of May, 2005.

*Sam A. Lindsay*
Sam A. Lindsay
United States District Judge

Order - Page 2

# CLOSED

Case Number: **3:04CV-1645-L**

Date: **5 / 9 / 05**

TRIAL:   YES _____   NO ✓_____